**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2418**

In re:  JOHNNY LEE GORE, a/k/a Manager,

Petitioner.

On Petition for Writ of Mandamus.  (4:01-cr-00627-CWH-9)

Submitted:  February 12, 2015          Decided:  February 18, 2015

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Johnny Lee Gore, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Lee Gore petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion for a sentence reduction. He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED